AO 106A  (EDVA Version)  (03/20) Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

| | |
|---|---|
| In the Matter of the Search of | ) |
| *(Briefly describe the property to be searched or identify the person by name and address)* | ) ) |
| USPS Priority Mail Parcel bearing USPS Priority Mail Tracking Number (P) 9505514179470273881479 | ) ) ) |

Case No.  3:20sw321

**FILED**

OCT − 5 2020

CLERK, U.S. DISTRICT COURT
RICHMOND, VA

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

At 1801 Brook Road, Suite 200, Richmond, VA, is a USPS Priority Mail Parcel bearing Tracking (P) 9505514179470273881479

located in the _____Eastern_____ District of _____Virginia_____, there is now concealed *(identify the person or describe the property to be seized)*:

At 1801 Brook Road, Suite 200, Richmond, VA 23232, is a US Postal Service Priority Mail Parcel bearing USPS Priority Mail Tracking Number (P) 9505514179470273881479

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. 841(a)(1) | Possession with Intent to Distribute a Controlled  Substance |
| 21 U.S.C. 843(b) | Use of a Communication Facility in the Commission of a Federal Drug Felony |

The application is based on these facts:

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____*)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Joey S. Bond*

*Applicant's signature*

Reviewed by AUSA/SAUSA

_____Thomas A. Garnett, AUSA_____
*Printed name and title*

_____Joey S. Bond, U.S. Postal Inspector_____
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by

_____Telephone_____ *(specify reliable electronic means)*.

Date:  _____October 5, 2020_____

/s/

*Judge's signature*

City and state:  _____Richmond, VA_____

_____Roderick C. Young, U.S. District Judge_____
*Printed name and title*